

1250 Broadway, 27th Floor, New York, NY 10001
tel. 212-619-5400 • fax 212-619-3090
www.nfllp.com

January 29, 2025

*Via ECF*
Honorable Nelson Stephen Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, N.Y 10601

      Re:  *Kevin Adams as the Administrator of the Estate of Sean Harris v.*
           *The Town of Clarkstown, et al.*
           7:24-cv-05147-NSR

Your Honor:

     We represent the Plaintiff herein and are writing in response to Defendant Clarkstown Police Detective Norm Peters' letter, dated January 23, 2025, to the Court seeking a premotion conference. Plaintiff has no objection to releasing the Defendant from the action pursuant to a stipulation. We will contact opposing counsel and prepare an appropriate stipulation for the Court's signature.

     Thank you for your consideration of our request.

                                     Respectfully submitted,

                                     NEWMAN FERRARA, LLP

                                     s/Randolph M. McLaughlin
                                     Randolph M. McLaughlin

                                     *Counsel for Plaintiff*

cc: Counsel of Record (*via ECF*)