UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X   Docket No.: 7:24-cv-05147-NSR

KEVIN ADAMS, AS THE ADMINISTRATOR OF THE
ESTATE OF SEAN HARRIS,

       Plaintiff,     **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(a)(1)**

-against-

TOWN OF CLARKSTOWN, POLICE OFFICERS
DOES #1-60, POLICE SUPERVISOR DOE #1,
DETECTIVE NORM PETERS, ROCKLAND COUNTY,
ACCESS SUPPORTS FOR LIVING, ACCESS
CASEWORKERS JANE DOES #1-2, ROCKLAND
PARAMEDICS, PARAMEDICS DOES #1-2, NYACK
COMMUNITY AMBULANCE CORPS, EMT KELLY
MCHUGH, EMT ROSA LATANZO,

       Defendants.

------------------------------------------------------------------------ X

  IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntary dismissed, with prejudice, against the defendant Detective Norm Peters, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i).

  IT IS FURTHER STIPULATED AND AGREED that the aforementioned parties and claim are dismissed without costs to any party.

Dated: White Plains, New York
    February 18, 2025

**NEWMAN FERRARA, LLP**       **WILSON, ELSER, MOSKOWITZ,
                      EDELMAN & DICKER, LLP**

**/s/** Randolph M. McLaughlin
By: Randolph M. McLaughlin
1250 Broadway, 27th Floor       /s/ John M. Flannery
New York, NY 10001         By: John M. Flannery
Tel: 212-619-5400          1133 Westchester Avenue
*Attorneys for Plaintiff*         White Plains, NY 10604
                    Tel: 914-872-7111
                    *Attorneys for Defendant Norm Peters*

1

SO ORDERED:

_____
Hon. Nelson S. Roman, U.S. District Judge