```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X   Docket No.: 7:24-cv-05147-NSR

KEVIN ADAMS, AS THE ADMINISTRATOR OF THE
ESTATE OF SEAN HARRIS,

              Plaintiff,

     -against-

TOWN OF CLARKSTOWN, POLICE OFFICERS DOES #1-60, POLICE SUPERVISOR DOE #1, DETECTIVE NORM PETERS, ROCKLAND COUNTY, ACCESS SUPPORTS FOR LIVING, ACCESS CASEWORKERS JANE DOES #1-2, ROCKLAND PARAMEDICS, PARAMEDICS DOES #1-2, NYACK COMMUNITY AMBULANCE CORPS, EMT KELLY MCHUGH, EMT ROSA LATANZO,

              Defendants.
------------------------------------------------------------------------ X

**STIPULATION OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(a)(1)**

     IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntary dismissed, with prejudice, against the defendant Detective Norm Peters, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

     IT IS FURTHER STIPULATED AND AGREED that the aforementioned parties and claim are dismissed without costs to any party.

     IT IS FURTHER STIPULATED AND AGREED that this STIPULATION may be filed in separately executed counterparts, without further notice with the Clerk of Court. The parties consent that a facsimile or copy of the executed stipulation may be filed without further notice by the Clerk of Court.

Dated: White Plains, New York
~~March~~ April 3, 2025

| | |
|---|---|
| **NEWMAN FERRARA, LLP** | **LANDMAN, CORSI, BALLAINE & FORD, P.C.** |
| By: Randolph M. McLaughlin<br>1250 Broadway, 27th Floor<br>New York, NY 10001<br>Tel: 212-619-5400<br>*Attorneys for Plaintiff* | By: Diane Janet Ruccia<br>1617 JFK Boulevard, Suite 955<br>Philadelphia, PA 19103<br>Tel: 973-623-2700<br>*Attorneys for Defendant*<br>*Rockland Paramedics* |
| **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP** | **O'CONNOR REDD, LLP** |
| By: John M. Flannery<br>1133 Westchester Avenue<br>White Plains, NY 10604<br>Tel: 914-872-7111<br>*Attorneys for Defendants*<br>*Town of Clarkstown and Norm Peters* | By: Peter L. Urreta<br>200 Mamaroneck Avenue<br>White Plains, NY 10601<br>914-960-4047<br>*Attorney for Defendant*<br>*Rockland County* |

SO ORDERED:

See p. 4 of 4

_____
Hon. Nelson S. Roman, U.S. District Judge

Dated: White Plains, New York
       March ____, 2025

**NEWMAN FERRARA, LLP**

By: Randolph M. McLaughlin
1250 Broadway, 27th Floor
New York, NY 10001
Tel: 212-619-5400
*Attorneys for Plaintiff*


**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP**



By: John M. Flannery
1133 Westchester Avenue
White Plains, NY 10604
Tel: 914-872-7111
*Attorneys for Defendants
Town of Clarkstown and Norm Peters*

**LANDMAN, CORSI, BALLAINE &
FORD, P.C.**


By: Diane Janet Ruccia
1617 JFK Boulevard, Suite 955
Philadelphia, PA 19103
Tel: 973-623-2700
*Attorneys for Defendant
Rockland Paramedics*


**O'CONNOR REDD, LLP**

By: Peter E. Urreta
200 Mamaroneck Avenue
White Plains, NY 10601
914-960-4047
*Attorney for Defendant
Rockland County*


SO ORDERED:

  See p. 4 of 4
_____
Hon. Nelson S. Roman, U.S. District Judge

2

Dated: White Plains, New York
       March ____, 2025

NEWMAN FERRARA, LLP

By: Randolph M. McLaughlin
1250 Broadway, 27th Floor
New York, NY 10001
Tel: 212-619-5400
*Attorneys for Plaintiff*


WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP


By: John M. Flannery
1133 Westchester Avenue
White Plains, NY 10604
Tel: 914-872-7111
*Attorneys for Defendants
Town of Clarkstown and Norm Peters*


LANDMAN, CORSI, BALLAINE &
FORD, P.C.

By: Diane Janet Ruccia
1617 JFK Boulevard, Suite 955
Philadelphia, PA 19103
Tel: 973-623-2700
*Attorneys for Defendant
Rockland Paramedics*


O'CONNOR REDD, LLP


By: Peter L. Urreta
200 Mamaroneck Avenue
White Plains, NY 10601
914-960-4047
*Attorney for Defendant
Rockland County*


Dated: April 9, 2025   SO ORDERED:
       White Plains, NY

_____
Hon. Nelson S. Roman, U.S. District Judge

2