```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/2025
```

## **MEMORANDUM ENDORSEMENT**

Adams v. Town of Clarkstown et al

7:24-cv-05147 (NSR)

The Court is in receipt of Plaintiff's letter, dated June 4, 2025, requesting a pre-motion conference related to an anticipated motion to amend the Complaint. (ECF No. 55) (attached hereto). The Court is also in receipt of Defendants' letters in response (ECF Nos. 57-59) (attached hereto).

The Court waives the pre-motion conference and GRANTS Plaintiff's consented to request to amend the Complaint. Plaintiff shall have until July 3, 2025, to file an amended Complaint. Defendants shall have until July 24, 2025, to file an answer or otherwise respond to the amended Complaint. The pending motion to dismiss the original Complaint is hereby dismissed as moot without prejudice to renew. The Clerk of Court is directed to terminate the motion at ECF No. 37.

Dated: June 12, 2025
      White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

STEVEN M. O'CONNOR*
JOSEPH T. REDD^
JOSEPH A. ORLANDO*
PETER URRETA
JERRI A. DeCAMP*
LaWANDA M. GETER*

———

*SENIOR COUNSEL*
SEAN A. LATELLA*

*MEMBER NY & CT BARS
++MEMBER NY & NJ BARS
^MEMBER NY, CO & UT BARS

# O'CONNOR REDD ORLANDO LLP

ATTORNEYS AND COUNSELORS AT LAW
P.O. BOX 1000|242 KING STREET | PORT CHESTER, NEW YORK 10573
MAIN 914-686-1700 | FAX 914-328-3184
WWW.OCONNORLAWFIRM.COM

CONNECTICUT OFFICE:
304 Federal Road, Suite 316
Brookfield, Connecticut 06804

*Kevin Page, Of Counsel*

LAUREN CREEGAN++
AALIYAH C. SHORTE
ANTHONY J. RUGGERI++
ALEJANDRA MIHIC
MICHAEL CATTANI
EMILY K. BINNS
PARAIC McGANN
JASON YADHRAM

**DIRECT ALL CORRESPONDENCE TO P.O. BOX AT NY OFFICE**

Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    <u>Kevin Adams as the Administrator of the Estate of Sean Harris v. Town of Clarkstown, et. al.</u>
            Docket No.   7:24-cv-05147-NRS

Your Honor,

    We represent Defendant Rockland County in the above-captioned matter. We respectfully submit this letter in response to Plaintiff's request for a pre-motion conference.

    Defendant Rockland County does not object to Plaintiff's request for leave to amend the Complaint to add additional parties.

Dated:    Port Chester, New York
            June 9, 2025

                                      Yours, etc.,
                                      **O'CONNOR REDD ORLANDO LLP**

                                      By:    *Peter Urreta*
                                      PETER URRETA (PU1320)
                                      Attorneys for Defendant,
                                      **ROCKLAND COUNTY**
                                      P.O. Box 1000
                                      242 King Street
                                      Port Chester, NY 10573
                                      (914) 686-1700

TO:    NEWMAN FERRARA LLP
           Attorneys for Plaintiff
           1250 Broadway, 27th Floor
           New York, New York 10001
           (212) 619-5400

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
Attorneys for Defendant,
TOWN OF CLARKSTOWN
1133 Westchester Avenue
White Plains, New York 10604
(914) 323-7000
File No.: 12129.00334

SCHWAB & GASPARINI, PLLC
Attorneys for Defendants
ACCESS SUPPORTS FOR LIVING and ACCESS
CASEWORKERS JANE DOES #1-2
222 Bloomingdale Road, Suite 200
White Plains, New York 10605
(914) 304-4353
File No. 113.1073


LANDMAN CORSI BALLAINE & FORD P.C.
Attorneys for Defendant,
ROCKLAND PARAMEDICS
One Gateway Center, 22nd Floor
Newark, New Jersey 07102
(973) 623-2700



**John M. Flannery**
914.872.7111 (direct)
914.391.2673 (mobile)
John.Flannery@wilsonelser.com

June 10, 2025

<u>*Via ECF*</u>

Hon. Charles L. Brieant Jr. Federal Building
and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

Attention:   Hon. Nelson S. Roman

Re:   Kevin Adams, as the Administrator of the Estate of Sean Harris v. Town of Clarkstown, Police Officers Does #1-60, Police Supervisor Doe #1, Detective Norm Peters, Rockland County, Access Supporters for Living, Access Caseworkers Jane Does #1-2, Rockland Paramedics, Paramedics Does #1-2, Nyack Community Ambulance Corps, EMT Kelly McHugh, EMT Rosa Latanzo
Docket No.: 7:24-cv-05147-NSR
Our File No.: 12129.00334

Dear Judge Roman:

We represent defendant, Town of Clarkstown, in connection with the above-referenced matter. We write pursuant to this Court's June 5, 2025 Order DE # 56 in response to Plaintiff's letter requesting a pre-motion conference for an anticipated motion to amend the Complaint.

The Town does not believe a pre-motion conference is necessary, as the Town does not oppose Plaintiff's motion to amend the Complaint. However, the Town reserves all rights with respect to objections and affirmative defenses and notes that, upon initial review, the proposed amended complaint appears to contain a number of deficiencies, including inadequate allegations of deliberate indifference, duplicative pleading of claims for excessive force under the Fourth Amendment and violation of substantive due process under the Fourteenth Amendment (*see Graham v. Connor*, 490 U.S. 386, 395, (1989)), and inadequate allegations of personal participation in a violation of law by some defendants, including Det. Sgt. McDonald.

Thank you.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

1133 Westchester Avenue | White Plains, NY 10604 | p 914.323.7000 | f 914.323.7001
150 East 42nd Street | New York, NY 10017 | p 212.490.3000 | f 212.490.3038 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Beaumont, TX | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO
Detroit, MI | Edwardsville, IL | Florham Park, NJ | Garden City, NY | Hartford, CT | Houston, TX | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA
Louisville, KY | McLean, VA | Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orlando, FL | Philadelphia, PA | Phoenix, AZ
Raleigh, NC | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Washington, DC | West Palm Beach, FL | White Plains, NY

300871053v.1



- 2 -

John M. Flannery

cc via ECF:   all counsel of record

300871053v.1



222 Bloomingdale Road
Suite 200
White Plains, NY 10605
**P:** (914) 304-4353
**F:** (914) 304-4378
www.schwabgasparini.com

**Louis U. Gasparini, Esq.**
**Partner**
**Direct Dial: (914) 458-3771**
**lgasparini@schwabgasparini.com**

June 10, 2025

**Via ECF & Email to: romannysdchambers@nysd.uscourts.gov**
Hon. Nelson Stephen Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

       **Re:**     **Kevin Adams as the Administrator of the**
                    **Estate of Sean Harris v. The Town of Clarkstown, et. al.**
       **Docket No.**   **7:24-cv-05147-NSR**
       **Our File:**     **113.1073**

Dear Judge Roman:

      As you are aware, our law firm represents Defendants, Access: Supports for Living (hereinafter "Access") and Access Caseworkers Jane Does #1-2, in regard to the above subject action. We write in response to plaintiff's counsel's letter of June 4, 2025, seeking a pre-motion conference with respect to a contemplated motion to amend the Complaint.

      Upon reviewing plaintiff's proposed Amended Complaint, it is pointed out that with respect to the Access Defendants, the only substantive changes are to identify Access as "Access Supports for Living (CARES Team)" and the Jane Doe Case Workers as Maureen Hyatt and Claritza Morales, both in the caption and the body of the proposed amended pleading. There are no different or further claims asserted against the identified Access parties, neither factually nor legally when compared with those asserted in the original Complaint.

      While the Access Defendants have no objection to plaintiff's request for a pre-motion conference, it is respectfully requested that assuming plaintiff is granted leave to amend the Complaint, that the Access Defendants' pending Motion to Dismiss be decided without the need for any of the parties to re-brief the matter, as the only changes between the original Complaint and the proposed Amended Complaint, as it pertains to the Access Defendants, are to specifically identify the Access Cares Team and the who employees who responded. Therefore, it is requested that assuming plaintiff is granted leave to serve the proposed Amended Complaint, that the Access Defendants' previously filed Motion to Dismiss be considered a Motion to Dismiss the Amended Complaint.

**www.schwabgasparini.com**

ALBANY  |  SYRACUSE  |  WHITE PLAINS  |  HUDSON VALLEY

Thank you for the Court's attention to this matter.

                                       Very truly yours,

                                       SCHWAB & GASPARINI, PLLC

                               BY:_____
                                      LOUIS U. GASPARINI
                                      Partner

cc:    **Via ECF & Email to: dcohen@nfllp.com**
      NEWMAN FERRARA LLP
      Attorneys for Plaintiff
      *Attn: Debra S. Cohen, Esq.*
      1250 Broadway 27th Floor
      New York, NY 10001

      **Via ECF & Email to: john.flannery@wilsonelser.com**
      WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
      Attorneys for Defendant
      TOWN OF CLARKSTOWN
      *Attn: John M. Flannery, Esq.*
      1133 Westchester Avenue
      White Plains, NY 10604

      **Via ECF & Via Email to: purreta@oconnorlawfirm.com**
      O'CONNOR REDD ORLANDO, LLP
      Attorneys for Defendant
      COUNTY OF ROCKLAND
      *Attn: Peter Urreta, Esq.*
      242 King Street, P.O. Box 1000
      Port Chester, NY 10573

      **Via ECF & Email to: druccia@lcbf.com**
      LANDMAN CORSI BALLAINE & FORD P.C.
      Attorneys for Defendant
      ROCKLAND PARAMEDICS
      *Attn: Diane J. Ruccia, Esq.*
      One Gateway Center, 22nd Floor
      Newark, NJ 07102