USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN ADAMS, AS THE ADMINISTRATOR OF THE ESTATE OF SEAN HARRIS,

                Plaintiff,

-against-

TOWN OF CLARKSTOWN, POLICE CHIEF JEFFREY WANNAMAKER, DET. LT. THOMAS RONAN, LT. KIERAN DWYER, SGT. ALICE LASCHET, SGT. KEVIN SHEA, SGT. WILLIAM ROBINSON, DET. SGT. ROBERT MCDONALD, P.O. VICTOR CARABELLO, P.O. KYLE MCKIERNAN, P.O. J. WILLIAMSON, ROCKLAND COUNTY, ACCESS SUPPORTS FOR LIVING ("CARES TEAM"), ACCESS CASEWOKER MAUREEN HYATT ACCESS CASEWORKER CLARITZA MORALES, ROCKLAND PARAMEDIC SERVICES, PARAMEDIC CHRISTOPHER GARATTI, PARAMEDIC PETER DINOFF, NYACK COMMUNITY, AMBULANCE CORPS, EMT KELLY MCHUGH EMT ROSA LATANZO,

                Defendants.

24-CV-5147 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    Defendants Town of Clarkstown, Police Chief Jeffrey Wanamaker, Det. Lt. Thomas Ronan, Lt. Kieran Dwyer, Sgt. Alice Laschet, Sgt. Kevin Shea, Sgt. William Robinson, Det. Sgt. Robert Mcdonald, P.O. Victor Caraballo, P.O. Kyle Mckiernan, And P.O. J. Williamson have filed a Verified Answer, dated July 24, 2025 (ECF No. 119), to Plaintiff's Amended Complaint, dated July 3, 2025 (ECF No. 64). Thus, the Court waives the Initial Pre-Trial Conference requirement and directs the parties to submit a proposed Case Management Plan and Scheduling Order (blank form attached hereto) by August 18, 2025. After review and approval of the Scheduling Order, the Court will issue an Order of Reference to Magistrate Judge Victoria Reznik for general pretrial

purposes. The parties are directed to contact Judge Reznik within seven (7) business days of the date of the Order of Reference to schedule a conference.

                                                                                SO ORDERED.

Dated:   July 28, 2025  
          White Plains, New York

                                                           NELSON S. ROMÁN  
                                                           United States District Judge

UNITED STATES DISTRICT COURT  Rev. May 2014
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

                                          Plaintiff(s),        **CIVIL CASE DISCOVERY PLAN**
                                                          **AND SCHEDULING ORDER**
   - against -

                                  Defendant(s).      _____ CV _____ (NSR)

-------------------------------------------------------------x

     This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties [consent] [do not consent] to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case [is] [is not] to be tried to a jury.

3. Joinder of additional parties must be accomplished by _____.

4. Amended pleadings may be filed until _____. Any party seeking to amend its pleadings after that date must seek leave of court via motion.

5. Interrogatories shall be served no later than _____, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 [shall] [shall not] apply to this case.

6. First request for production of documents, if any, shall be served no later than _____.

7. Non-expert depositions shall be completed by _____.

    a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

    b. Depositions shall proceed concurrently.

    c. Whenever possible, unless counsel agree otherwise or the Court so orders,

        non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than _____.

9. Requests to Admit, if any, shall be served no later than _____.

10. Expert reports shall be served no later than _____.

11. Rebuttal expert reports shall be served no later than _____.

12. Expert depositions shall be completed by _____.

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY** _____.

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. _____.

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for _____, at _____. (The Court will set this date at the initial conference.)

SO ORDERED.
Dated:
White Plains, New York

                                                          _____
                                                          Nelson S. Román, U.S. District Judge